IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PUBLIC INTEREST RESEARCH GROUP** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **TINICUM TOWNSHIP DELAWARE COUNTY SEWAGE AUTHORITY, et al.** | : : | **NO. 02-2625** |

## O R D E R

AND NOW, this 12th day of July, 2002, after holding a Rule 16 initial pretrial conference in the above-captioned matter, it is hereby **ORDERED** that:

1. Self executing disclosures are to be served by August 30, 2002.

2. The parties are to work together to complete the bulk of fact-based discovery by January 6, 2003.

3. On January 6, 2003 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, the need for further fact-based discovery, and the scheduling of a settlement conference and/or expert discovery. Plaintiff's counsel is to initiate the January 6, 2003 conference call.

4. I am available, at any point in the pretrial process, to conduct a settlement conference, at the request of the parties.

5. During the course of discovery, the parties are expected to work together to move this case forward. In the event that counsel cannot, in good faith, resolve a discovery dispute without court intervention, they are directed to contact chambers through a telephone call or informal letter (faxed to chambers) to request the scheduling of a conference. A telephone or in-person conference to discuss and resolve the dispute will be scheduled in a prompt fashion. The filing of formal discovery motions is discouraged.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2625**
**TODAY'S DATE**: July 12, 2002          **LAW CLERK'S INITIALS**: JJK


**NAME**                                              **FAX NUMBER** (Area Code & Number)

1. James R. May, Esq./James Stuhltrager, Esq.         302-477-2032
2. Neil S. Witkes, Esq.                               484-430-5711