IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC INTEREST RESEARCH GROUP, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TINICUM TOWNSHIP DELAWARE COUNTY SEWAGE AUTHORITY, et al., | : | No. 02-2625 |
| | : | |
| Defendants. | : | |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, Tinicum Township and Tinicum Township Delaware County Sewage Authority, by their counsel, move to dismiss plaintiffs' Complaint for the reasons set forth in the accompanying memorandum of law, which are incorporated herein by reference.

                Neil S. Witkes
                Paul R. McIntyre
                Attorneys for Defendants
                Tinicum Township and Tinicum
                Township Delaware County Sewage
                Authority

OF COUNSEL:

MANKO, GOLD, KATCHER & FOX, LLP
401 City Avenue
Suite 500
Bala Cynwyd, PA  19004
(484) 430-5700

156809-1