IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC INTEREST RESEARCH GROUP, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TINICUM TOWNSHIP DELAWARE COUNTY SEWAGE AUTHORITY, et al., | : | No. 02-2625 |
| | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this ____ day of _____, 2002, having considered Defendants' Motion to Dismiss, and any response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and that Plaintiff's Complaint is DISMISSED.

_____
J.

156778-1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I served a copy of the Defendants' Motion to Dismiss and Supporting Memorandum of Law on the following counsel, by first class mail, postage pre-paid:

>Lyman Welch, Esq.
>Mid-Atlantic Environmental Law Center
>c/o Widener University School of Law
>4601 Concord Pike, P.O. Box 7474
>Wilmington, DE  19803-0474

_____
Paul R. McIntyre

Dated:        August 20, 2002

156778-1