IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PUBLIC INTEREST** | : | CIVIL ACTION |
| **RESEARCH GROUP** | : | |
| | : | |
| v. | : | |
| | : | |
| **TINICUM TOWNSHIP DELAWARE** | : | |
| **COUNTY SEWAGE AUTHORITY, et al.:** | | NO. 02-2625 |

**O R D E R**

AND NOW, this 20th day of March, 2003, upon consideration of the fact that the Honorable Lowell A. Reed, Jr. has stayed all further proceedings in this matter pending further order of the Court, and the fact that there are no pretrial/discovery matters pending before me, the Clerk is directed to remove this case from my docket.


BY THE COURT:


_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2625**

**TODAY'S DATE**: July 12, 2002             **LAW CLERK'S INITIALS**: JJK

**NAME**                                    **FAX NUMBER** (Area Code & Number)

1. James R. May, Esq.                       302-477-2032
   James Stuhltrager, Esq.

2. Neil S. Witkes, Esq.                     484-430-5711